## BRIDGES v. MAY.

SUPREME COURT will reverse, when.

Only when the Circuit Judge is inthe wrong (McKinney, J. *dessenting.*)

Petition to re-hear.

By the court:

The Circuit Judge must be put in the wrong, or a reversel will not be had.

*Rehearing refused.*

William v. The State.

McKINNEY J., *dissenting* :

Where the Circuit Judge undertakes to lay down the law and does it imperfectly, it is error.   Otherwise, where the matter decided is merely illustrative.   The true rule in this case is that the debits are to be taken, except so far as disproved.